UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**BRUCE WILSON,**

    **Plaintiff,**

**v.**                                                            **Case No.  8:05-cv-182-T-30MSS**

**JOY FOOD STORES, INC.,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon the parties' Settlement Agreement/Release as to Attorney's Fees and Cost (Dkt. # 14) and the Plaintiff's Notice of Compliance with Judicial Review (Dkt. # 15).  The Court construes these as a motion for approval of attorney's fees, expert fees and costs.

### ATTORNEY'S FEES

According to the time records submitted with the Plaintiff's Notice of Compliance with Judicial Review, Plaintiff's attorney worked 10 hours at $250.00 per hour for a total of $2,500.00 in attorney's fees.  This Court finds that $2,500.00 in attorney's fees is reasonable and approves their payment by Defendant to Plaintiff.

### EXPERT'S FEES & COSTS

However, this Court concludes that the expert's fees and costs billed in this matter should be reduced.  Plaintiff's only mention of expert's fees is a two line entry indicating that the expert charged $1,030.00 for the initial inspection and preparation of the expert

report and $300.00 for the final inspection. Plaintiff's motion does not contain the expert's time records, hourly rate or curriculum vitae. This Court concludes that five (5) hours was a reasonable amount of time for the initial inspection and preparation of the report and two (2) hours for the final inspection. Additionally, this Court concludes that $100.00 per hour for the ADA expert's time is reasonable and appropriate under the circumstances. Accordingly, this Court reduces the expert fees payable under the motion to $700.00. The Court also reduces the Plaintiff's costs by $21.83 because postage and mileage are not taxable. See Duckworth v.Whisenant, 97 F.3d 1393, 1399 (11th Cir. 1996) (charges such as those for general copying, computerized legal research, postage, and other miscellaneous expenses (like parking) are not taxable).

It is therefore ORDERED AND ADJUDGED that:

1. The Court approves payment by Defendant to Plaintiff of fees and costs in the amount of **$3,370.00** ($2,500.00 in attorney's fees, plus $700.00 in expert's fees, and $170.00 in costs).

2. The Clerk is directed to close this file and terminate any pending motions.

**DONE** and **ORDERED** in Tampa, Florida on June 7, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2005\05-cv-182.ada atty fees.wpd